UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANTHONY DAVIS,

    Plaintiff,

v.

MICHAEL MONTONYE, et al.,

    Defendants.

Case No.   14-cv-02035-BLF

**CASE MANAGEMENT ORDER**

On October 2, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 03/05/2015 at 1:30 pm |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 07/02/2015 at 9:00 am - Motions must be filed in accordance with Standing Orders and Local Rules to be heard by this date. |
| Final Pretrial Conference | 10/15/2015 at 2:30 pm |
| Trial | 11/02/2015 at 9:00 am |

1  IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2  are referred to the assigned Magistrate Judge.
3  IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4  orders, which are available on the Court's website and in the Clerk's Office.
5  IT IS FURTHER ORDERED THAT the Parties are to meet, confer and submit a stipulated
6  proposed schedule regarding discovery dates and deadlines to trial by October 24, 2014.

Dated:  October 2, 2014

_____
BETH LABSON FREEMAN
United States District Judge