UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANTHONY DAVIS,

    Plaintiff,

  v.

MICHAEL MONTONYE, et al.,

    Defendants.

Case No. 14-cv-02035-BLF

**AMENDED CASE MANAGEMENT ORDER**

On October 2, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference, and the Court entered a Case Management Order setting forth the schedule in this case. ECF 44.

IT IS HEREBY ORDERED that the following amended schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | 03/05/2015 at 1:30 pm |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | **08/13/2015 at 9:00 am** - Motions must be filed in accordance with Standing Orders and Local Rules to be heard by this date. |
| Final Pretrial Conference | 10/15/2015 at 2:30 pm |
| Trial | 11/02/2015 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the parties shall adhere to the Stipulated Discovery Schedule approved by this Court on October 27, 2014.  ECF 49.

Dated:  October 28, 2014

*[signature]*
BETH LABSON FREEMAN
United States District Judge