UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL MONTONYE, et al.,<br><br>    Defendants. | Case No. 14-cv-02035-BLF<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The Court, having reviewed the parties' Joint Case Management Conference Statement submitted February 20, 2015, ECF 53, HEREBY VACATES the Further Case Management Conference presently scheduled for March 3, 2015.

The parties are ordered to meet and confer and, **by March 9, 2015**, submit a stipulation and proposed order selecting an ADR process and the deadline by which to complete it.

**IT IS SO ORDERED.**

Dated: February 23, 2015

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge