Erich J. Lidl, SBN 144135
erich.lidl@liedlelaw.com
Tami G. Vail, SBN 237254
tvail@liedlelaw.com
LIEDLE, LOUNSBERY, LARSON & LIDL, LLP
1750 Montgomery Street, First Floor
San Francisco, California 94111
Telephone:    877-263-1931
Facsimile:    415-954-8598

Attorneys for Defendants, SGT. MICHAEL MONTONYE and OFFICER TYLER KRAUEL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAVIS,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL MONTONYE, individually and in his capacity as an officer for the SAN JOSE Police Department; TYLER KRAUEL, individually and in his capacity as an officer for the SAN JOSE Police Department; THOMAS BOYLE, individually and in his capacity as an officer for the SAN JOSE Police Department; DOES, 1-10, inclusive, individually and in their capacities as officers for the SAN JOSE Police Department,<br><br>        Defendants. | Case No. 5:14-cv-02035-BLF-PSG<br><br>**STIPULATED NOTICE OF SETTLEMENT AND REQUEST TO VACATE SETTLEMENT CONFERENCE; (PROPOSED) ORDER THEREON**<br><br>District<br>Judge:      Hon. Beth Labson Freeman<br>Courtroom:  3<br><br>Magistrate<br>Judge:      Hon. Paul Singh Grewal<br>Courtroom:  5<br><br>Removal Date: May 2, 2014<br>Trial Date:     November 2, 2015 |

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their designated counsel, that Defendants MICHAEL MONTONYE and TYLER KRAUEL have reached a settlement agreement with Plaintiff ANTHONY DAVIS, and this entire action is therefore settled.

Pursuant to the stipulation by and between the parties, the parties request that the settlement conference currently scheduled with Judge Nathanael Cousins for May 12, 2015, at 12:00 p.m. be vacated. The parties will be filing a stipulated motion for dismissal of the action by June 19, 2015.

IT IS SO STIPULATED:

Dated: May 8, 2015					LIEDLE, LOUNSBERY, LARSON & LIDL, LLP

					By:	/s/ Erich J. Lidl
						Erich J. Lidl
						erich.lidl@liedlelaw.com

					Attorneys for Defendants,
					SGT. MICHAEL MONTONYE and
					OFFICER TYLER KRAUEL

Dated: May 8, 2015					LAW OFFICES OF JOHN L. BURRIS

					By:	/s/ Dewitt M. Lacy
						Dewitt M. Lacy
						dewitt.lacy@johnburrislaw.com

					Attorneys for Plaintiff,
					ANTHONY DAVIS

## ORDER

Based upon the foregoing, **IT IS SO ORDERED** that the settlement conference scheduled for May 12, 2015, at 12:00 p.m. is hereby vacated.

Dated: May 11, 2015

					_____
					HONORABLE BETH LABSON FREEMAN
					UNITED STATES DISTRICT JUDGE

[STAMP: GRANTED — Judge Nathanael M. Cousins — United States District Court, Northern District of California]

-2-